1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ORLANDO CERDA,                          No. 2:14-cv-1712 KJN P

12              Plaintiff,

13       v.                                 ORDER TO SHOW CAUSE

14  SACRAMENTO CITY POLICE K-9
    DIVISION,
15
                Defendants.
16

17       Plaintiff is a proceeding without counsel. Plaintiff consented to proceed before the

18  undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed September 19, 2014,

19  plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was

20  granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint

21  or otherwise responded to the court's order.

22       Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

23  was properly served. It is the plaintiff's responsibility to keep the court apprised of his current

24  address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of

25  the party is fully effective.

26  ////

27  ////

28  ////

1

1     Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this
2 order, plaintiff shall show cause why this action should not be dismissed without prejudice. <u>See</u>
3 Local Rule 110; Fed. R. Civ. P. 41(b).
4 Dated:  October 24, 2014

6 /cerd1712.osc

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE