UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO CERDA, | No. 2:14-cv-1712 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CITY POLICE K-9 DIVISION, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed October 24, 2014, plaintiff was ordered to show cause, within thirty days, why this action should not be dismissed. The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 Dated:  December 15, 2014

5 /cerd1712.fsc

                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE