UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO CERDA,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO CITY POLICE K-9 DIVISION,<br><br>    Defendants. | No.  2:14-cv-1712 KJN P<br><br><br>ORDER |

Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By order filed November 24, 2015, plaintiff's amended complaint was dismissed and twenty-eight days leave to file a second amended complaint was granted.  Twenty-eight days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  January 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cerd1712..fta

1